# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| JAMES JOSEPH JULUKE, JR., | ) | |
| an individual, | ) | |
| | ) | Case No.: 3:13-cv-04054-B |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| US REGENCY RETAIL 1, LLC, | ) | |
| A Delaware Limited Liability Company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Respectfully Submitted,                          Respectfully Submitted,

*/s/ Jeff A. Wells*                              */s/ Brett L. Myers*
Jeff A. Wells, Esq.                              Brett L. Myers, Esq.
Texas Bar Number: 24056511                       Texas Bar No. 00788101
Wells Crosland, PLLC                             David, Goodman & Madole
12225 Greenville Ave., Suite 700                 540 LBJ Freeway, Suite 1200
Dallas, Texas 75243                              Dallas, Texas 75240
Tel: (214) 810-5529                              Tel: (972) 991-0889
Fax: (866) 277-4589                              Fax: (972) 404-0516
*Attorney for Plaintiff*                         *Attorney for Defendant*

Dated: 4/2 /14                                   Dated: 4/2 /14

1